UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| 281 Care Committee, et al., | Civil File No. 08-5215 JMR/FLN |
| Plaintiffs, | **MOTION TO DISMISS** |
| vs. | **OF DEFENDANT** |
| | **LORI SWANSON** |
| Ross Arneson, et al., | |
| Defendants. | |

TO:   Plaintiffs and their attorney, Erick G. Kaardal.

Defendant Lori Swanson moves the Court to dismiss Plaintiffs' amended complaint against her for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted.

This motion is made pursuant to Fed. R. Civ. P. 12(b)(1), (6), and is based upon the files, records and proceedings herein, including the supporting memorandum of law to be filed and served by Defendant Swanson by April 14, 2009, in accordance with Local Rule 7.1(b).

Dated:  March 19, 2009

LORI SWANSON
Attorney General
State of Minnesota

s/ **John S. Garry**
John S. Garry
Assistant Attorney General
Atty. Reg. No. 208899

445 Minnesota Street, Suite 1100
St. Paul, MN 55101-2128
Telephone:  (651) 282-5719
Fax:  (651) 282-5832
john.garry@state.mn.us

Attorneys for Defendant Lori Swanson

AG: #2407568-v1