

# STATE OF MINNESOTA

OFFICE OF THE ATTORNEY GENERAL

**LORI SWANSON**
ATTORNEY GENERAL

BREMER TOWER, SUITE 1100
445 MINNESOTA STREET
ST. PAUL, MN 55101-2128
TELEPHONE: (651) 282-5700

July 22, 2009

The Honorable James M. Rosenbaum
United States District Court
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

      **Re:**   *281 Care Committee, et al. v. Ross Arneson, et al.*
            Federal Civil File No. 08-5215 JMR/FLN

Dear Judge Rosenbaum:

     This is to advise the Court that Judge Kyle's decision in *Zanders v. Swanson*, No. 07-2171, 2008 WL 4117210 (D. Minn. Aug. 29, 2008), which was cited in the Defendants' memoranda with respect to the issue of standing, has been affirmed by the Eighth Circuit Court of Appeals in a recent published opinion, *Zanders v. Swanson*, No. 08-3221, 2009 WL 2136791 (8th Cir. July 20, 2009).

                                           Respectfully,

                                           LORI SWANSON
                                           Attorney General
                                           State of Minnesota

                                           s/ **John S. Garry**
                                           John S. Garry
                                           Assistant Attorney General
                                           Atty. Reg. No. 208899

                                           445 Minnesota Street, Suite 1100
                                           St. Paul, MN 55101-2128
                                           Telephone: (651) 282-5719
                                           Fax: (651) 282-5832
                                           john.garry@state.mn.us

                                           Attorneys for Defendant Lori Swanson

cc:    Erick G. Kaardal
        Jean E. Burdorf

AG: #2478742-v1